UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE NEIMAN MARCUS GROUP LLC,<br><br>　　　　Defendant. | Case No. 21-cv-05574-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 23. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by April 11, 2022.

**IT IS SO ORDERED.**

Dated: February 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge