CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DOMINIQUE N. THOMAS (SBN: 231464)
dnthomas@littler.com
THEODORA R. LEE (SBN: 129892)
tlee@littler.com
LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
Attorneys for Defendant The Neiman Marcus Group LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　Plaintiff,<br><br>　v.<br><br>THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　Defendant. | Case: 3:21-CV-05574-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 18, 2022        CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: April 18, 2022        LITTLER MENDELSON P.C.

                             By:   /s/Dominique N. Thomas
                                   Dominique N. Thomas
                                   Attorneys for Defendant
                                   The Neiman Marcus Group LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Dominique N. Thomas, counsel for The Neiman Marcus Group LLC, and that I have obtained Dominique N. Thomas authorization to affix her electronic signature to this document.

Dated: April 18, 2022          CENTER FOR DISABILITY ACCESS

                               By:   /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff